# Exhibit 2

| US9639608 | The StoryGraph ("The accused instrumentality") |
|---|---|
| 1. A computer processor implemented method to match recommendations to a user for an event, said method comprising:<br><br>***Col 3: Lines 58-61:***<br><br>*Events could be one-time events, such as a concert, repeating such as a weekly special, a deal-based event such as an expiring coupon/special promotion, or a general event such as "hike in the park".*<br><br>***Col 4: lines 32-36:***<br><br>*Recommendations provided may include events, activities, experiences, people, deals, specials, desire matchups, and/or advertisements for user 101 alone, or include friends/people in said recommendations who may have a corresponding interest.* | The accused instrumentality discloses a computer processor implemented method to match recommendations (e.g., recommendations for books) to a user (e.g., a StoryGraph user) for an event (e.g., tracking/engaging with books, etc.).<br><br>As shown below, the accused instrumentality provides recommendations to a user regarding books that are personalized to user's interest.<br><br><br><br>https://thestorygraph.com/ |



https://play.google.com/store/apps/details?id=com.thestorygraph.thestorygraph&hl=en_US

https://app.thestorygraph.com/privacy

The accused instrumentality matches books according to the user's interests to provide personal recommendations to the user.

The StoryGraph is a reading tracker and recommendation app designed to give readers a deeper understanding of their reading habits. Beyond simple book logging, it provides detailed analytics, mood-based recommendations, and community-driven challenges.

https://medium.com/@okungbowavictory5/case-study-the-storygraph-redefining-reading-habits-8c5622a9be83

## Core Value Proposition

StoryGraph's promise is simple but powerful:

*"Understand your reading life and make better choices with books that match your mood."* At its heart, StoryGraph offers personalised reflection and discovery. Unlike apps that simply log books, StoryGraph reframes the experience:

- You're not just tracking books; you're understanding yourself as a reader.

- You're not just setting arbitrary goals; you're aligning your reading with your moods and interests.

- You're not just passively consuming recommendations; you're curating a library that resonates with who you are at any given moment.

https://medium.com/@okungbowavictory5/case-study-the-storygraph-redefining-reading-habits-8c5622a9be83

The StoryGraph is clean in its design, while still offering a number of options for sorting your books and connecting with a community. The homepage displays book recommendations, your To-Read Pile, your Currently Reading Pile, and an On StoryGraph section.



https://bookriot.com/storygraph-review/

**Advanced Stats**

*Compare any two time slices of your data side-by-side and get stats pages for any of your custom tags*

**Unlimited Recommendations**

*Search for personal recommendations, based on your mood and reading preferences, as many times as you want to!*

**Advanced Similar Users**

*Search for users based on what they typically like to read in order to expand your personal book community and discover new books*

**Personalised Similar Books**

*When browsing books, see similar book suggestions that are unique to you*

https://bookriot.com/storygraph-review/



https://thestorygraph.com/

https://thestorygraph.com/



https://app.thestorygraph.com/onboarding-launch-pad

*Source: Usage of the accused instrumentality*



https://app.thestorygraph.com/reading_preferences

https://app.thestorygraph.com/reading_preferences/68825952/edit



∨ **Advanced Configuration**

**Tell us about the kind of books you like to read.**

The best recommendations are generated when your answer is a ***simple, comma-separated list*** of the things you're looking for.

**It's very important that you don't mention anything you don't want to read about.**

For example, your list may look something like: "*multi-generational family saga, LGBTQ+ authors, present-day setting, sibling rivalry, modern history, hopeful ending, multiple POVs, political intrigue, startup stories, personal finance, the economy, enemies to lovers trope*".

https://app.thestorygraph.com/reading_preferences/68825952/edit



recommendations

https://play.google.com/store/apps/details?id=com.thestorygraph.thestorygraph&hl=en_US



https://app.thestorygraph.com/app

https://app.thestorygraph.com/recommendations

| | |
|---|---|
| receiving or collecting, by a network environment, one or more portions of user data, event data, or social data from users or third party data sources via said network; | The accused instrumentality discloses receiving or collecting, by a network environment (e.g., The StoryGraph network environment comprising of StoryGraph servers, StoryGraph users, etc.), one or more portions of user data (e.g., user information), event data (e.g., book preferences, interests, etc.). or social data (e.g., other user's interest, ratings, reviews, etc.) from users (e.g., StoryGraph user) or third party data sources (e.g., data sources affiliated with accused instrumentality) via said network (e.g., The StoryGraph network).<br><br>As shown below, the accused instrumentality collects data regarding user personal information (user data), event information such as book preferences, interests, etc. (event data) from the user along with third-party sources affiliated with the accused instrumentality. It also collects information regarding other users interest, ratings, reviews, etc. (social data).<br><br><br><br>The personal information we collect is stored and processed in the United States and United Kingdom, or where our third-party providers maintain facilities. By providing us with your personal information, you consent to the disclosure to these overseas third parties.<br><br>https://app.thestorygraph.com/privacy<br><br>**1. Information we collect**<br><br>**Personal information**<br><br>We may ask for personal information, such as your:<br><br>- Email<br>- Payment information     user data<br><br>https://app.thestorygraph.com/privacy |

## 1. Information we collect

### Business data

Business data refers to data that accumulates over the normal course of operation on our platform. This may include transaction records, stored files, user profiles, analytics data and other metrics, as well as other types of information, created or generated, as users interact with our services.

https://app.thestorygraph.com/privacy



### Discover books by mood

In the mood for something adventurous, funny, and fast-paced? What about a darker, slower, more emotional read?

Mix and match our **comprehensive set of filters** to choose your next perfect book.

https://thestorygraph.com/





https://app.thestorygraph.com/recommendations/genre_picks/9



https://app.thestorygraph.com/books/86847767-a98f-43d7-ab37-f18a24b8a217



https://app.thestorygraph.com/similar-users



Similar users loved... → social data

https://app.thestorygraph.com/recommendations

receiving from third party data sources

**Information from third parties**: If we receive personal information about you from a third party, we will protect it as set out in this privacy policy. If you are a third party providing personal information about somebody else, you represent and warrant that you have such person's consent to provide the personal information to us.

https://app.thestorygraph.com/privacy



https://play.google.com/store/apps/datasafety?id=com.thestorygraph.thestorygraph&hl=en_US



https://play.google.com/store/apps/details?id=com.thestorygraph.thestorygraph&hl=en_US

| | |
|---|---|
| whereby the network environment comprises one or more servers connected to one or more user devices via a network; | The accused instrumentality discloses a network environment (e.g., The StoryGraph environment comprising of StoryGraph servers, StoryGraph users, etc.), whereby the network environment (e.g., The StoryGraph network environment comprising of StoryGraph servers, StoryGraph users, etc.) comprises one or more servers (e.g., StoryGraph servers) connected to one or more user devices (e.g., smartphone, laptop, etc.) via a network (e.g., The StoryGraph network). |

As shown below, a user accesses the accused instrumentality through devices such as smartphones, laptops, etc. Upon accessing said instrumentality the user device connects to servers through internet for using services provided by said servers.



https://play.google.com/store/apps/details?id=com.thestorygraph.thestorygraph&hl=en_US



https://play.google.com/store/apps/details?id=com.thestorygraph.thestorygraph&hl=en_US





https://thestorygraph.com/

| identifying, by said network environment, one or more portions of user data, event data, or social data from users or third party data sources via said network; | The accused instrumentality discloses identifying, by said network environment (e.g., The StoryGraph network environment comprising of StoryGraph servers, StoryGraph users, etc.), one or more portions of user data (e.g., user information), event data (e.g., book preferences, interests, etc.) or social data (e.g., other users interest, ratings, reviews) from users (e.g., StoryGraph user) or third party data sources (e.g., data sources affiliated with accused instrumentality) via said network (e.g., The StoryGraph network).<br><br>As shown below, the accused instrumentality collects data regarding user personal information (user data), event information such as book preferences, interests, etc. (event data) from the user. This data is collected by user devices over a network. The specific portions of the data such as name, email, etc. is collected when user creates an account at the accused instrumentality. |

 Search all books...

The personal information we collect is stored and processed in the United States and United Kingdom, or where our third-party providers maintain facilities. By providing us with your personal information, you consent to the disclosure to these overseas third parties.

https://app.thestorygraph.com/privacy

## 1. Information we collect

**Personal information**

We may ask for personal information, such as your:

- Email
- Payment information

user data

https://app.thestorygraph.com/privacy

## 1. Information we collect

**Business data**

Business data refers to data that accumulates over the normal course of operation on our platform. This may include transaction records, stored files, user profiles, analytics data and other metrics, as well as other types of information, created or generated, as users interact with our services.

https://app.thestorygraph.com/privacy



https://thestorygraph.com/

https://app.thestorygraph.com/recommendations/genre_picks/9



https://app.thestorygraph.com/books/86847767-a98f-43d7-ab37-f18a24b8a217



https://app.thestorygraph.com/similar-users



https://app.thestorygraph.com/recommendations

https://app.thestorygraph.com/privacy



https://play.google.com/store/apps/datasafety?id=com.thestorygraph.thestorygraph&hl=en_US



https://play.google.com/store/apps/details?id=com.thestorygraph.thestorygraph&hl=en_US

| determining recommendations by calculating a relevancy score of said user data, said social data, or said event data for users when one or more of said data points of user, social, or event data exceeds | The accused instrumentality discloses determining recommendations (e.g., recommendations for books) by calculating a relevancy score (e.g., relevance and ranking metrics) of said user data (e.g., user information), said social data (e.g., other users interest, ratings, reviews), or said event data (e.g., book preferences, interests, etc.) for users (e.g., StoryGraph users) when one or more of said data points of user, social, or event data exceeds one or more thresholds (e.g., book preference threshold, interest, etc.); wherein said determining is based upon a significance analysis, by a computer processor implemented method, which ranks said user data (e.g., user information), said event data (e.g., book preferences, interests, etc.), or said social data (e.g., other users interest, ratings, reviews) to be of interest to one or |

| | |
|---|---|
| one or more thresholds; wherein said determining is based upon a significance analysis, by a computer processor implemented method, which ranks said user data, said event data, or said social data to be of interest to one or more users based on awareness of entities, activities, interests, desires, or location; <br><br> *Col 6: lines 6 – 10:* <br><br> *This relevancy analysis may include known or guessed information of the attendance/engagement numbers of a particular recommendation, the distance of the <u>potential recommendation to the user's current, estimated, and/or anticipated location</u>* <br><br> *Col 7: lines 45-51:* <br><br> *Refinement and exclusion of events 404 also takes place,* | more users based on awareness of entities (e.g., book preference data, etc.), activities (e.g., reviewing or rating activity, etc.), interests (e.g., user interest, etc.), desires, or location. <br><br> As shown below, the accused instrumentality provides book recommendations based on thresholds defined such as book preferences, interests, etc. The recommendations are sorted as per relevancy order. The accused instrumentality calculates a relevancy score based on the thresholds and suggests interested books to the user. <br><br>   <br><br> https://thestorygraph.com/ |

*using thresholds—which can be user or system defined as described herein, to ensure the most meaningful events can be displayed to users 101 and 103. <u>Factors considered by the exclusion analysis may include event size</u>, <u>guessed popularity, distance</u>, and what the user 101 or 103 has attended or engaged with previously.*



https://app.thestorygraph.com/onboarding-launch-pad

https://app.thestorygraph.com/privacy

## 1. Information we collect

### Personal information

We may ask for personal information, such as your:

- Email
- Payment information

user data

https://app.thestorygraph.com/privacy

## 1. Information we collect

### Business data

Business data refers to data that accumulates over the normal course of operation on our platform. This may include transaction records, stored files, user profiles, analytics data and other metrics, as well as other types of information, created or generated, as users interact with our services.

https://app.thestorygraph.com/privacy



https://thestorygraph.com/

https://app.thestorygraph.com/recommendations/genre_picks/9



https://app.thestorygraph.com/books/86847767-a98f-43d7-ab37-f18a24b8a217



https://app.thestorygraph.com/similar-users



https://app.thestorygraph.com/recommendations

As shown below, the accused instrumentality recommends the book based on user's interest, preferences such as 'Mystery' or previous interactions such as a survey. The recommended book data doesn't cross the threshold with other categories.

*Source: Usage of the accused instrumentality*

**Reading Preferences**

When you tell The StoryGraph your reading preferences, we're able to give you high-quality, personalized book recommendations.

In the mood for something specific?

With our quick and easy search tool, let us know what you're looking for, and we'll find the best matches for you, on demand.

**Take the survey**

https://app.thestorygraph.com/reading_preferences

Search all books...

ˇ **Advanced Configuration**

**Tell us about the kind of books you like to read.**

The best recommendations are generated when your answer is a *simple, comma-separated list* of the things you're looking for.

It's very important that you don't mention anything you don't want to read about.

For example, your list may look something like: "*multi-generational family saga, LGBTQ+ authors, present-day setting, sibling rivalry, modern history, hopeful ending, multiple POVs, political intrigue, startup stories, personal finance, the economy, enemies to lovers trope*".

https://app.thestorygraph.com/reading_preferences/68825952/edit



https://app.thestorygraph.com/reading_preferences/68825952/edit



https://app.thestorygraph.com/recommendations



recommendations

https://app.thestorygraph.com/recommendations



https://app.thestorygraph.com/recommendations

| | |
|---|---|
| wherein said calculated relevancy score is greater than a threshold and includes said user data, said social data or said event data; | The accused instrumentality discloses a relevancy score (e.g., relevance and ranking metrics) wherein said calculated relevancy score (e.g., relevance and ranking metrics) is greater than threshold (e.g., a book preference threshold, interest, etc.) and includes said user data (e.g., user information), said social data (e.g., other users interest, ratings, reviews) or said event data (e.g., book preferences, interests, etc.). |
| | As shown below, the accused instrumentality provides book recommendations based on user interests and preference. The recommendations are sorted as per relevancy order. The accused instrumentality calculates a relevancy score and suggests the recommendations if score is above threshold. |



https://thestorygraph.com/

https://app.thestorygraph.com/onboarding-launch-pad

 Search all books... ☰

The personal information we collect is stored and processed in the United States and United Kingdom, or where our third-party providers maintain facilities. By providing us with your personal information, you consent to the disclosure to these overseas third parties.

https://app.thestorygraph.com/privacy

## 1. Information we collect

### Personal information

We may ask for personal information, such as your:

- Email
- Payment information

user data

https://app.thestorygraph.com/privacy

## 1. Information we collect

### Business data

Business data refers to data that accumulates over the normal course of operation on our platform. This may include transaction records, stored files, user profiles, analytics data and other metrics, as well as other types of information, created or generated, as users interact with our services.

https://app.thestorygraph.com/privacy



https://thestorygraph.com/

https://app.thestorygraph.com/recommendations/genre_picks/9



https://app.thestorygraph.com/books/86847767-a98f-43d7-ab37-f18a24b8a217



https://app.thestorygraph.com/similar-users



https://app.thestorygraph.com/recommendations

*Source: Usage of the accused instrumentality*



https://app.thestorygraph.com/reading_preferences

https://app.thestorygraph.com/reading_preferences/68825952/edit



https://app.thestorygraph.com/reading_preferences/68825952/edit



https://app.thestorygraph.com/recommendations



recommendations

https://app.thestorygraph.com/recommendations



https://app.thestorygraph.com/recommendations

| | |
|---|---|
| categorizing said recommendations by applying a relevancy popularity analysis thereby narrowing down most relevant data based upon interests, activities, experiences, people, deals, specials, desired matchups, advertisements, or recommendations which have previously elicited engagement; | The accused instrumentality discloses categorizing (e.g., categorizing recommendations based on user's interest, preferences, previous interactions, etc.) said recommendations (e.g., recommendations for books) by applying a relevancy popularity analysis (e.g., Domain rating) thereby narrowing down most relevant data based upon interests (e.g., user interests), activities (e.g., reviewing or rating activity, etc.), experiences, people, deals, specials, desired matchups, advertisements, or recommendations (e.g., recommendations for books) which have previously elicited engagement (e.g., preferences and previous interactions).<br><br>As shown below, the accused instrumentality categorizes recommendations based on user's interest, preferences, previous interactions, etc. The recommended books are based on user preferences expressed by user by previously interacting with accused instrumentality. |



https://thestorygraph.com/

https://app.thestorygraph.com/onboarding-launch-pad

## Recommendations

*Tell us your favorite genres, characteristics you love in books, content you want to avoid, and more, to get high-quality recommendations.*

Review reading preferences

*Any pending changes on this page will be saved.*

*Source: Usage of the accused instrumentality*

### Reading Preferences

When you tell The StoryGraph your reading preferences, we're able to give you high-quality, personalized book recommendations.

In the mood for something specific?

With our quick and easy search tool, let us know what you're looking for, and we'll find the best matches for you, on demand.

Take the survey

https://app.thestorygraph.com/reading_preferences



https://app.thestorygraph.com/reading_preferences/68825952/edit

https://app.thestorygraph.com/privacy

## 1. Information we collect

**Business data**

Business data refers to data that accumulates over the normal course of operation on our platform. This may include transaction records, stored files, user profiles, analytics data and other metrics, as well as other types of information, created or generated, as users interact with our services.

https://app.thestorygraph.com/privacy



**Discover books by mood**

In the mood for something adventurous, funny, and fast-paced? What about a darker, slower, more emotional read?

Mix and match our **comprehensive set of filters** to choose your next perfect book.



https://thestorygraph.com/



https://app.thestorygraph.com/reading_preferences/68825952/edit



https://app.thestorygraph.com/recommendations



https://app.thestorygraph.com/recommendations



https://app.thestorygraph.com/recommendations

| | |
|---|---|
| matching said identified said user data, social data, or said event data based at least on said relevancy score for each categorized recommendation; | The accused instrumentality discloses matching said identified said user data (e.g., user information), social data (e.g., other user's interest, ratings, reviews), or said event data (e.g., book preferences, interests, etc.) based at least on said relevancy score (e.g., relevance and ranking metrics) for each categorized recommendation (e.g., recommendations for different categories of books etc.).<br><br>As shown below, the recommendations include books of different categories such as Mystery, Thriller Classics, etc. The accused instrumentality calculates a relevancy score and suggests books if the score is above a threshold. |



https://thestorygraph.com/

https://app.thestorygraph.com/onboarding-launch-pad

### Recommendations

*Tell us your favorite genres, characteristics you love in books, content you want to avoid, and more, to get high-quality recommendations.*

Review reading preferences

*Any pending changes on this page will be saved.*

*Source: Usage of the accused instrumentality*

### Reading Preferences

When you tell The StoryGraph your reading preferences, we're able to give you high-quality, personalized book recommendations.

In the mood for something specific?

With our quick and easy search tool, let us know what you're looking for, and we'll find the best matches for you, on demand.

Take the survey

https://app.thestorygraph.com/reading_preferences



https://app.thestorygraph.com/reading_preferences/68825952/edit

https://app.thestorygraph.com/reading_preferences/68825952/edit



The personal information we collect is stored and processed in the United States and United Kingdom, or where our third-party providers maintain facilities. By providing us with your personal information, you consent to the disclosure to these overseas third parties.

https://app.thestorygraph.com/privacy

## 1. Information we collect

### Personal information

We may ask for personal information, such as your:

- Email
- Payment information

user data

https://app.thestorygraph.com/privacy

## 1. Information we collect

### Business data

Business data refers to data that accumulates over the normal course of operation on our platform. This may include transaction records, stored files, user profiles, analytics data and other metrics, as well as other types of information, created or generated, as users interact with our services.

https://app.thestorygraph.com/privacy



https://thestorygraph.com/

https://app.thestorygraph.com/recommendations/genre_picks/9



https://app.thestorygraph.com/books/86847767-a98f-43d7-ab37-f18a24b8a217



https://app.thestorygraph.com/similar-users



https://app.thestorygraph.com/recommendations



recommendations

https://play.google.com/store/apps/details?id=com.thestorygraph.thestorygraph&hl=en_US



https://app.thestorygraph.com/app

https://app.thestorygraph.com/recommendations

| determining one or more recommendation results based at least on said relevancy score for each categorized recommendation; | The accused instrumentality discloses determining one or more recommendation (e.g., recommendations for books) results based at least on said relevancy score (e.g., relevance and ranking metrics) for each categorized recommendation (e.g., recommendations for different categories of books). <br><br> As shown below, the recommendations include books of different categories such as Mystery, Thriller, Classics, etc. The accused instrumentality calculates a relevancy score and suggests books if the score is above a threshold. Upon selecting a category, recommended books belonging to said category are displayed. <br><br>  <br><br> https://thestorygraph.com/ |



https://app.thestorygraph.com/onboarding-launch-pad

*Source: Usage of the accused instrumentality*

**Reading Preferences**

When you tell The StoryGraph your reading preferences, we're able to give you high-quality, personalized book recommendations.

In the mood for something specific?

With our quick and easy search tool, let us know what you're looking for, and we'll find the best matches for you, on demand.

**Take the survey**

https://app.thestorygraph.com/reading_preferences

Search all books...

⌄ **Advanced Configuration**

**Tell us about the kind of books you like to read.**

The best recommendations are generated when your answer is a *simple, comma-separated list* of the things you're looking for.

**It's very important that you don't mention anything you don't want to read about.**

For example, your list may look something like: "*multi-generational family saga, LGBTQ+ authors, present-day setting, sibling rivalry, modern history, hopeful ending, multiple POVs, political intrigue, startup stories, personal finance, the economy, enemies to lovers trope*".

https://app.thestorygraph.com/reading_preferences/68825952/edit



https://app.thestorygraph.com/reading_preferences/68825952/edit

The personal information we collect is stored and processed in the United States and United Kingdom, or where our third-party providers maintain facilities. By providing us with your personal information, you consent to the disclosure to these overseas third parties.

https://app.thestorygraph.com/privacy

## 1. Information we collect

### Personal information

We may ask for personal information, such as your:

- Email
- Payment information

user data

https://app.thestorygraph.com/privacy

## 1. Information we collect

### Business data

Business data refers to data that accumulates over the normal course of operation on our platform. This may include transaction records, stored files, user profiles, analytics data and other metrics, as well as other types of information, created or generated, as users interact with our services.

https://app.thestorygraph.com/privacy



https://thestorygraph.com/

https://app.thestorygraph.com/recommendations/genre_picks/9



https://app.thestorygraph.com/books/86847767-a98f-43d7-ab37-f18a24b8a217



https://app.thestorygraph.com/similar-users



https://app.thestorygraph.com/recommendations



https://play.google.com/store/apps/details?id=com.thestorygraph.thestorygraph&hl=en_US



https://app.thestorygraph.com/app

https://app.thestorygraph.com/recommendations

| | |
|---|---|
| transmitting to said user the one or more recommendation results based at least on said relevancy score for each categorized recommendation by displaying matched identified said user data, social data, or said event data based on calculated recommendations. | The accused instrumentality discloses transmitting to said user (e.g., StoryGraph user) the one or more recommendation results (e.g., recommendations for books) based at least on said relevancy score (e.g., relevance and ranking metrics) for each categorized recommendation (e.g., recommendations for different categories of books) by displaying matched identified said user data (e.g., user information), social data (e.g., other users interest, ratings, reviews), or said event data (e.g., book preferences, interests, etc.).based on calculated recommendations (e.g., recommendations for books).<br><br>As shown below, the accused instrumentality transmits recommendations to a user when said user searches for books. The recommendations include books of different categories such as Mystery, Thriller, Classics, etc. The accused instrumentality calculates a relevancy score and suggests books if the score is above a threshold. Upon selecting a category, recommended books belonging to said category are displayed.<br><br><br><br>https://thestorygraph.com/ |



https://app.thestorygraph.com/onboarding-launch-pad

*Source: Usage of the accused instrumentality*



https://app.thestorygraph.com/reading_preferences

https://app.thestorygraph.com/reading_preferences/68825952/edit



https://app.thestorygraph.com/reading_preferences/68825952/edit

https://app.thestorygraph.com/privacy

## 1. Information we collect

### Personal information

We may ask for personal information, such as your:

- Email
- Payment information

user data

https://app.thestorygraph.com/privacy

## 1. Information we collect

### Business data

Business data refers to data that accumulates over the normal course of operation on our platform. This may include transaction records, stored files, user profiles, analytics data and other metrics, as well as other types of information, created or generated, as users interact with our services.

https://app.thestorygraph.com/privacy



https://thestorygraph.com/

https://app.thestorygraph.com/recommendations/genre_picks/9



social data

https://app.thestorygraph.com/books/86847767-a98f-43d7-ab37-f18a24b8a217



https://app.thestorygraph.com/similar-users



https://app.thestorygraph.com/recommendations



https://play.google.com/store/apps/datasafety?id=com.thestorygraph.thestorygraph&hl=en_US

**Recommendations** ⋮                                    Advanced Search

**Based on your survey** —— matched user data                    Browse



https://app.thestorygraph.com/recommendations



https://app.thestorygraph.com/books/a0db9306-0852-44cc-bcf1-dc1e9bd0607b

| | |
|---|---|
| | https://app.thestorygraph.com/app <br><br>  <br><br> https://app.thestorygraph.com/recommendations |
| 2. The method of claim 1, wherein said user data includes information about a user's real world explicitly or implicitly stated interests, disinterests, or desires. | The accused instrumentality practices collecting user data (e.g., personal info, etc.) wherein said user data includes information about a user's real world explicitly or implicitly stated interests (e.g., explicitly stated user interests, etc.), disinterests, or desires. |



https://thestorygraph.com/

https://app.thestorygraph.com/onboarding-launch-pad

**Recommendations**

*Tell us your favorite genres, characteristics you love in books, content you want to avoid, and more, to get high-quality recommendations.*

Review reading preferences

*Any pending changes on this page will be saved.*

*Source: Usage of the accused instrumentality*

**Reading Preferences**

When you tell The StoryGraph your reading preferences, we're able to give you high-quality, personalized book recommendations.

In the mood for something specific?

With our quick and easy search tool, let us know what you're looking for, and we'll find the best matches for you, on demand.

Take the survey

https://app.thestorygraph.com/reading_preferences



https://app.thestorygraph.com/reading_preferences/68825952/edit

https://app.thestorygraph.com/reading_preferences/68825952/edit

 Search all books… ☰

The personal information we collect is stored and processed in the United States and United Kingdom, or where our third-party providers maintain facilities. By providing us with your personal information, you consent to the disclosure to these overseas third parties.

https://app.thestorygraph.com/privacy

## 1. Information we collect

**Personal information**

We may ask for personal information, such as your:

- Email
- Payment information

user data

https://app.thestorygraph.com/privacy

## 1. Information we collect

**Business data**

Business data refers to data that accumulates over the normal course of operation on our platform. This may include transaction records, stored files, user profiles, analytics data and other metrics, as well as other types of information, created or generated, as users interact with our services.

https://app.thestorygraph.com/privacy



https://play.google.com/store/apps/datasafety?id=com.thestorygraph.thestorygraph&hl=en_US

| | |
|---|---|
| 3. The method of claim 2 wherein said social data may include information about users and ghost users' real world interests or disinterests. | The accused instrumentality practices collecting social data wherein said social data (e.g., other users interest, ratings, reviews, etc.) may include information about users and ghost users' real world interests or disinterests (e.g., user and other users interest, preferences, etc.). |

# 1. Information we collect

## Business data

Business data refers to data that accumulates over the normal course of operation on our platform. This may include transaction records, stored files, user profiles, analytics data and other metrics, as well as other types of information, created or generated, as users interact with our services.

https://app.thestorygraph.com/privacy

https://app.thestorygraph.com/books/86847767-a98f-43d7-ab37-f18a24b8a217



https://app.thestorygraph.com/similar-users



https://app.thestorygraph.com/recommendations



https://bookriot.com/storygraph-review/

| | |
|---|---|
| 4. The method of claim 3 wherein said user data further comprises a current, recent, last known, or estimated physical location of one more of said users. | The accused instrumentality practices identifying user data (e.g., personal info, etc.) wherein said user data further comprises a current, recent, last known, or estimated physical location (e.g., latitude, longitude, country, etc.) of one more of said users (e.g., users of the accused instrumentality).<br><br>As shown, the accused instrumentality gathers the user's location through their devices. |

**Device data**

We may also collect data about the device you're using to access our website. This data may include the device type, operating system, unique device identifiers, device settings, and geo-location data. What we collect can depend on the individual settings of your device and software. We recommend checking the policies of your device manufacturer or software provider to learn what information they make available to us.

https://app.thestorygraph.com/privacy



*Source: Usage of the accused instrumentality*

**For You**

Add your country in **Preferences** to only see recommendations you're eligible for.



For better results, add more detail to your **reading preferences survey**.

https://app.thestorygraph.com/giveaways